**Charlene and Kelly MCINTIRE, Respondents,**

v.

**U.S. BANK, N.A. as trustee FOR MANU-FACTURED HOUSING CONTRACT SENIOR/SUBORDINATE PASS-THROUGH CERTIFICATE TRUST 1999-6, Appellant.**

**WD 80608**

Missouri Court of Appeals, Western District.

ORDER FILED: December 19, 2017

Andrew Muller, Kansas City, MO, Counsel for Appellant.

Robin Carlson, Kansas City, MO, Co-Counsel for Appellant.

Joseph Gagnon, Lathrop, MO, Counsel for Respondents.

Brandi Kellam, Lathrop, MO, Co-Counsel for Respondents.

Before Division Two: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Gary D. Witt, JJ.

**ORDER**

Per Curiam:

U.S. Bank, N.A., as Trustee, appeals from a Clinton County Circuit Court judgment denying its motion to set aside a default judgment that awarded Mr. Kelly and Ms. Charlene McIntire $65,000 for the removal of a manufactured mobile home from real property purchased at a tax sale.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).